**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: George Novotny aka George Novotny, Jr. | CHAPTER 13 |
| Theresa Dawn Novotny fka Theresa Dawn Roach, fka Theresa Dawn Crow | BKY. NO. 25-20824 CMB |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
11 Apr 2025, 15:57:09, EDT

Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com