WWR# 041774459

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
AT PITTSBURGH

| | |
|---|---|
| IN RE: | CASE NO. 25-20824-CMB |
| GEORGE NOVOTNY | CHAPTER 13 |
| THERESA DAWN NOVOTNY | JUDGE CARLOTA M BOHM |
| DEBTOR(S) | |

**REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Attorney for creditor, FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION.

Please send all further communications, pleadings, court notices, and other documents intended for FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION to undersigned Attorney.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd, Suite 200
CLEVELAND, OH 44131
877-338-9484
mgvozdenovic@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 21st day of April, 2025 addressed to:

SCOTT R LOWDEN, Attorney for Debtor
LOWDENSCOTT@GMAIL.COM

RONDA J WINNECOUR, Trustee
inquiries@chapter13trusteewdpa.com

OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.pi.ecf@usdoj.gov


GEORGE NOVOTNY
273 GLADE RUN RD
CARMICHAELS, PA 15320-2603

THERESA DAWN NOVOTNY
273 GLADE RUN RD
CARMICHAELS, PA 15320-2603


    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ MILOS GVOZDENOVIC
    MILOS GVOZDENOVIC
    Attorney for Creditor
    5990 West Creek Rd, Suite 200
    CLEVELAND, OH 44131
    877-338-9484
    mgvozdenovic@weltman.com