IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

GEOGE NOVOTNY,                              Bankruptcy No.: 25-20824-CMB
THERESA DAWN NOVOTNY,                       Chapter 13
                                           Document No.:
    Debtor,

GEORGE NOVOTNY,
THERESA DAWN NOVOTNY,

    Movant,
    vs

RONDA J WINNECOUR, Trustee

### **CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the text order at docket 23
and the amendment to schedule C on each party listed below by first class U.S. mail
on April220, 2025.


Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA  15222


                    Attorney for Movant(s):
                    Rice & Associates Law Firm
                    /s/ David A Rice, Esq.
                    15 West Beau Street
                    Washington, PA  15301
                    724-225-7270
                    ricelaw1@verizon.net
                    PA ID# 50329