IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

GEORGE NOVOTNY,                              Bankruptcy No.:  25-20824-CMB
THERESA DAWN NOVOTNY,                        Chapter 13
                                            Document No.:
        Debtor,

GEORGE NOVOTNY,
THERESA DAWN NOVOTNY,

        Movant,
        vs

RONDA J WINNECOUR, Trustee

### CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the text order at docket 30
and the amendment to schedule I on each party listed below by first class U.S. mail
on May 28, 2025.


Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA  15222


                                            Attorney for Movant(s):
                                            Rice & Associates Law Firm
                                            /s/ David A Rice, Esq.
                                            15 West Beau Street
                                            Washington, PA  15301
                                            724-225-7270
                                            ricelaw1@verizon.net
                                            PA ID# 50329