## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 25-20824-CMB |
| George Novotny, ) | |
| Theresa Dawn Novotny, ) | |
| Debtor(s) ) | Chapter 13 |
| George Novotny, ) | |
| Theresa Dawn Novotny, ) | Related to Claim 18 |
| Movant(s) ) | |
| v. ) | Document No. |
| Department of Commerce Federal ) | |
| Credit Union, ) | |
| Respondent(s) ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
### Debtors' Objection to Claim # 18

The undersigned hereby certifies that, as of the date hereof, no responsive pleading to the Objection filed on July 7, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no responsive pleading to the objection appears thereon. Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than July 24, 2025.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated: 07/25/2025          By:    /s/ David A Rice, Esq.
                                   Rice & Associates Law Firm
                                   15 West Beau Street, Washington, PA  15301
                                   724-225-7270
                                   PA  50329