IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 25-20824-CMB |
| George Novotny, | ) | |
| Theresa Dawn Novotny, | ) | |
| Debtor(s) | ) | Chapter 13 |
| George Novotny, | ) | |
| Theresa Dawn Novotny, | ) | Related to Claim 18 |
| Movant(s) | ) | |
| v. | ) | Document No. 34 |
| Department of Commerce Federal | ) | |
| Credit Union, | ) | **ENTERED BY DEFAULT** |
| Respondent(s) | ) | |

### ORDER OF COURT

**AND NOW**, this __28th__ day of __July__, 2025, upon consideration of the Debtor's Objection to Claim, it is hereby **ORDERED, ADJUDGED and DECREED** that said Objection to Claim is sustained and proof of claim #18 is disallowed in its entirety.

Prepared by: David A Rice

BY THE COURT:

*Carlota M. Böhm*
_____ J.
dmr

FILED
7/28/25 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 25-20824-CMB

George Novotny  Chapter 13

Theresa Dawn Novotny

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2

Date Rcvd: Jul 28, 2025  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George Novotny, Theresa Dawn Novotny, 273 Glade Run Road, Carmichaels, PA 15320-2603 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:

**Name**  **Email Address**

David A. Rice
    on behalf of Joint Debtor Theresa Dawn Novotny ricelaw1@verizon.net lowdenscott@gmail.com

David A. Rice
    on behalf of Debtor George Novotny ricelaw1@verizon.net lowdenscott@gmail.com

Denise Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com

Milos Gvozdenovic
    on behalf of Creditor First Federal Savings and Loans Association mgvozdenovic@weltman.com pitecf@weltman.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jul 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Scott R. Lowden
    on behalf of Debtor George Novotny lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Theresa Dawn Novotny lowdenscott@gmail.com

TOTAL: 8