IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 25-20824 CMB |
| George Novotny ) | |
| Theresa Dawn Novotny ) | |
| Debtor(s) ) | |
| George Novotny ) | Chapter 13 |
| Theresa Dawn Novotny ) | |
| Movant(s) ) | |
| v. ) | Doc. No. 45 |
| Kenneth Allen Creek and Mark Shatzer ) | |
| ) | |
| Respondent(s) ) | |

ORDER OF COURT

AND NOW, this __10th__ day of __September__, 2025

It is ORDERED that the time to file a Complaint to Determine Secured Status is extended to October 3, 2025.

By the Court:

FILED
9/10/25 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_/s/ Carlota M. Böhm_
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20824-CMB |
| George Novotny | Chapter 13 |
| Theresa Dawn Novotny | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George Novotny, Theresa Dawn Novotny, 273 Glade Run Road, Carmichaels, PA 15320-2603 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor George Novotny ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Theresa Dawn Novotny ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Milos Gvozdenovic | on behalf of Creditor First Federal Savings and Loans Association mgvozdenovic@weltman.com pitecf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2    User: auto    Page 2 of 2
Date Rcvd: Sep 10, 2025    Form ID: pdf900    Total Noticed: 1

cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Plaintiff George Novotny lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor George Novotny lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Plaintiff Theresa Dawn Novotny lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Theresa Dawn Novotny lowdenscott@gmail.com

TOTAL: 10