IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: George Novotny, Theresa Dawn Novotny, Debtors, | : : : : : | Bankruptcy No.: 25-20824-CMB  Chapter 13 |
| George Novotny, Theresa Dawn Novotny, Movants, v. Mark T & Nichole Shatzer, Respondent. | : : : : : : : : | Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, David A Rice, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules:

Mark T & Nichole Shatzer
1005 Frank Avenue
Jeannette, PA. 15644

By:   /s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
ricelaw1@verizon.net
724-225-7270
PA  50329