IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: George Novotny, | : | Bankruptcy #: 25-20824-CMB |
| Theresa Sawn Novotny, | : | |
| Debtors, | : | |
| | : | Chapter 13 |
| George Novotny, | : | |
| Theresa Dawn Novotny, | : | |
| Movants, | : | |
| | : | Related to Document No. |
| v. | : | |
| Mark T & Nichole Shatzer, | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I served a true and correct copy of the September 17, 2025 Text Order at Docket 51, the Amendment to Schedule D and the 341 hearing notice on each party listed below by first class U.S. mail on September 18, 2025.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA  15222

Mark T & Nichole Shatzer
1005 Frank Avenue
Jeannette, PA. 15644

Attorney for Movant(s):
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329