IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| In Re: George Novotny,<br>Theresa Dawn Novotny,<br>Debtors, | Bankruptcy #: 25-20824-CMB<br><br>Chapter 13 |
| George Novotny,<br>Theresa Dawn Novotny,<br>Movants,<br>v.<br>Mark T & Nichole Shatzer,<br>Respondents. | Related to Document No. |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the September 17, 2025 Text Order at Docket 51, the Amendment to Schedule F and the 341 hearing notice on each party listed below by first class U.S. mail on September 18, 2025.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA  15222

Mark T & Nichole Shatzer
1005 Frank Avenue
Jeannette, PA. 15644

Attorney for Movant(s):
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID#  50329