IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                              : Bankruptcy No. 25-20824-CMB
   George Novotny,                                 :
   Theresa Dawn Novotny,                       :
                  Debtor(s)           :
   George Novotny,                                 :
                  Movant(s)         :
                                          : Related to Document No.
       v.                                                        :
   Cushman & Wakefield U.S., Inc.,         :
                  Respondent(s)  :

## **CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on September 19, 2025 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on September 22, 2025.

Cushman & Wakefield U.S., Inc.
Attn: Payroll Manager
575 Maryville Center Drive, Suite 600
Saint Louis, MO. 63141

                                              Attorney for Movant:
                                              Rice & Associates Law Firm
                                              /s/ David A Rice, Esq.
                                              15 West Beau Street
                                              Washington, PA  15301
                                              724-225-7270
                                              ricelaw1@verizon.net
                                              PA ID# 50329