IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
George Novotny,
Theresa Dawn Novotny,

    Debtors,

George Novotny,
Theresa Dawn Novotny,

    Movants,
v

No Respondent.

Bankruptcy Case No. 25-20824-CMB
Chapter 13

**NOTICE OF CHANGE OF CREDITOR'S ADDRESS**

Creditor's former mailing address:

Mark T Shatzer
1005 Frank Avenue
Jeannete, PA. 15644

Creditor's current and future address:

Mark T Shatzer
211 Cupelli Street
Point Marion, PA. 15474

Dated: 10/02/2025

/s/: David A. Rice, Esq.
Attorney for Debtor(s)
15 West Beau Street
Washington, PA   15301
ricelaw1@verizon.net
724-225-7270
PA ID 50329