IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 25-20824-CMB |
| George Novotny, ) | |
| Theresa Dawn Novotny, ) | |
|    Debtors, ) | |
| ) | Chapter 13 |
| George Novotny, ) | |
| Theresa Dawn Novotny, ) | |
|    Applicant, ) | Doc. No. |
|    v. ) | |
| No Respondent ) | |
|    Respondent ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Application to Employ Realtor # 62**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on September 29, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objections or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 17, 2025.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: 10/20/2025            By:   /s/ David A Rice, Esq.
                             Rice & Associates Law Firm
                             15 West Beau Street, Washington, PA  15301
                             724-225-7270
                             PA 50329