IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 24-20824-CMB |
| George Novotny, ) | |
| Theresa Dawn Novotny, ) | |
| Debtors, ) | |
| ) | Chapter 13 |
| George Novotny, ) | |
| Theresa Dawn Novotny, ) | |
| Applicant, ) | Doc. No. |
| v. ) | |
| No Respondent ) | |
| Respondent ) | |

**CERTIFICATE OF SERVICE OF ORDER AUTHORIZING EMPLOYMENT OF REALTOR**

I, David A Rice, Esq., certify under penalty of perjury that I served the Order Authorizing Employment of Realtor at Docket #70, on October 22, 2025 by US Postal Service First Class Mail on the following:

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Autumn Lee
Baily Real Estate
55 S Washington Street
P.O. Box 1070
Waynesburg, PA. 15370

EXECUTED ON: October 22, 2025

By: /s/ David A Rice
David A Rice
PA ID No. 50329
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net