IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 25-20824-CMB |
| George Novotny, ) | |
| Theresa Dawn Novotny, ) | |
| Debtors, ) | |
| ) | Chapter 13 |
| George Novotny, ) | |
| Theresa Dawn Novotny, ) | |
| Applicant, ) | Doc. No. 61 |
| v. ) | |
| No Respondent ) | **ENTERED BY DEFAULT** |
| Respondent ) | |

### ORDER AUTHORIZING EMPLOYMENT OF REALTOR

AND NOW, this __21st__ day of __October__ 2025, upon consideration of the within Application to Employ Realtor by the Debtors, it is ORDERED, ADJUDGED, and DECREED as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. **Realtor Autumn Lee** is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the application for the purpose of Acting as the Debtor's agent in connection with the sale of real estate located at **272 Duff Street, Bobtown, PA. 15315.** Compensation is a flat fee basis of $2,500 upon the sale of the property.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

_Carlota M. Böhm_
United States Bankruptcy Judge    **dmr**

FILED
10/21/25 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 25-20824-CMB

George Novotny     Chapter 13

Theresa Dawn Novotny

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Oct 21, 2025    Form ID: pdf900    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + George Novotny, Theresa Dawn Novotny, 273 Glade Run Road, Carmichaels, PA 15320-2603 |
| r | + Autumn Lee, Baily Real Estate, 55 S Washington St., PO Box 1070, Waynesburg, PA 15370-3070 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor George Novotny ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Theresa Dawn Novotny ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Milos Gvozdenovic | on behalf of Creditor First Federal Savings and Loans Association mgvozdenovic@weltman.com pitecf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 21, 2025 | Form ID: pdf900 | Total Noticed: 2 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Plaintiff George Novotny lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Debtor George Novotny lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Plaintiff Theresa Dawn Novotny lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Theresa Dawn Novotny lowdenscott@gmail.com

TOTAL: 10