IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

GEORGE NOVOTNY,
THERESA DAWN NOVOTNY,

    Debtor,

GEORGE NOVOTNY,
THERESA DAWN NOVOTNY,

    Movant,
    vs

RONDA J WINNECOUR, Trustee

Bankruptcy No.: 25-20824-CMB
Chapter 13
Document No.:

### CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the text order at docket 74 and the amendments to schedules I and J on each party listed below by first class U.S. mail on October 27, 2025.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA  15222

Attorney for Movant(s):
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329