IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 25-20824-CMB |
| | : | |
| Goerge Novotny, | : | Docket No. |
| Theresa Dawn Novotny, | : | |
| Debtor(s) | : | Chapter 13 |
| George Novotny, | : | |
| Theresa Dawn Novotny, | : | |
| Movant(s) | : | |
| vs. | : | |
| No Respondents | : | |
| Respondent(s) | : | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING</u>**
**Motion to Dismiss Chapter 13 Case # 76**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on November 25, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objections or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed no later than December 12, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 15, 2025           By:   /s/ David A Rice, Esq.
                                   Rice & Associates Law Firm
                                   15 West Beau Street, Washington, PA  15301
                                   724-225-7270
                                   PA  50329