**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| GEORGE NOVOTNY<br>THERESA DAWN NOVOTNY<br>　　　　Debtor(s) | Case No.:25-20824 |
| Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 04/03/2025 and confirmed on 05/19/2025. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,406.00 |
| Less Refunds to Debtor | 3,860.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,546.00 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,189.59 | |
| 　Trustee Fee | 1,892.76 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,082.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　FIRST FEDERAL SAVINGS & LOAN ASSN (<br>　　Acct: 0229 | 0.00 | 3,299.03 | 0.00 | 3,299.03 |
| 　LAKEVIEW LOAN SERVICING LLC<br>　　Acct: 8871 | 0.00 | 14,502.69 | 0.00 | 14,502.69 |
| 　LAKEVIEW LOAN SERVICING LLC<br>　　Acct: 8871 | 6,953.69 | 0.00 | 0.00 | 0.00 |
| 　HEARTLAND CAPITAL INVESTMENTS LLC<br>　　Acct: 1561 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　KUBOTA CREDIT CORP (USA)<br>　　Acct: 9504 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　SERVICE FINANCE - DIV TRUIST BANK<br>　　Acct: 6362 | 8,178.94 | 0.00 | 0.00 | 0.00 |
| 　ALLY BANK(*)<br>　　Acct: 1767 | 44,785.54 | 3,343.36 | 3,655.48 | 6,998.84 |
| 　DEPARTMENT OF COMMERCE FCU<br>　　Acct: 9201 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　HYUNDAI CAPITAL AMERICA DBA HYUND/<br>　　Acct: 4516 | 16,913.61 | 1,422.97 | 1,240.12 | 2,663.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3087 | | | | |
| | | | | 27,463.65 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGE NOVOTNY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGE NOVOTNY | 1,930.00 | 1,930.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGE NOVOTNY | 1,930.00 | 1,930.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 4,000.00 | 2,189.59 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   KENNETH ALLEN CREEK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 741W | | | | |
|   CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3205 | | | | |
|   CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2636 | | | | |
|   LVNV FUNDING LLC | 1,643.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 0689 | | | | |
|   LVNV FUNDING LLC | 1,098.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 1997 | | | | |
|   LVNV FUNDING LLC | 808.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 5530 | | | | |
|   LVNV FUNDING LLC | 588.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 9089 | | | | |
|   LVNV FUNDING LLC | 1,884.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 5602 | | | | |
|   DEBT COLLECTION PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3188 | | | | |
|   FRICK FINANCIAL FEDERAL CREDIT UNIC | 1,151.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 0829 | | | | |
|   HOLLIS COBB ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6128 | | | | |
|   MARINER FINANCE LLC | 652.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 2991 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F C | 6,120.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 5833 | | | | |
|   ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 4,431.03 | 0.00 | 0.00 | 0.00 |
|     Acct: B6PA | | | | |
|   UPSTART NETWORK INC | 860.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 9566 | | | | |
|   WEST PENN POWER* | 1,333.03 | 0.00 | 0.00 | 0.00 |
|     Acct: 7896 | | | | |
|   ASHLEY FUNDING SVCS LLC | 10.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 6350 | | | | |
|   DEPARTMENT OF COMMERCE FCU | 0.00 | 0.00 | 0.00 | 0.00 |

| 25-20824 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 9201 | | | | | |
| SERVICE FINANCE - DIV TRUIST BANK | | 9,147.14 | 0.00 | 0.00 | 0.00 |
| Acct: 6362 | | | | | |
| MARK T SHATZER AND NICOLE SHATZER | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

***N O N E***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 27,463.65 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 76,831.78 |
| UNSECURED | 29.731.15 |

Date: 02/11/2026

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com