# IN THE UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania
## Pittsburgh Division

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| George Novotny and | ) | |
| Theresa Dawn Novotny | ) | Case Number. 25-20824 |
| | ) | |
| Debtor(s) | ) | Carlota M Bohm |
| | ) | |

Atlas Acquisitions, LLC hereby withdraws the following proof of claim:

1. Proof of Claim Number 6

WHEREFORE, Atlas Acquisitions, LLC hereby withdraws its Proof of Claim Number 6 .

Dated: 02/24/2026

By: /s/ Avi Schild
Avi Schild
c/o Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601
(888) 762-9889